## McALESTER MACARONI FACTORY v. SCHELL. (No. 3113.)

(Court of Civil Appeals of Texas. Texarkana. Oct. 15, 1925.)

**Appeal and error ⚖⇒387(3)—Appeal bond must be filed within 20 days after expiration of term.**

Under Vernon's Sayles' Ann. Civ. St. 1914, art. 2084, appeal bond to confer power on Court of Civil Appeals to hear and determine appeal must have been filed within 20 days after expiration of term of court at which judgment appealed from was rendered.

Appeal from Collins County Court; T. O. Murray, Judge.

Action between the McAlester Macaroni Factory and A. R. Schell, Jr. Judgment for the latter, and the former appeals. Appeal dismissed.

McGown, McGown & Anderson and J. H. Martin, all of Fort Worth, for appellant.
J. F. Harrington, of Plano, for appellee.

WILLSON, C. J. It appears from the record that the judgment appealed from was rendered at a term of the county court which ended October 4, 1924; and it further appears that the appeal bond was not filed in said court until November 8, 1924. To confer power on this court to hear and determine the appeal, the bond must have been filed within 20 days after the expiration of said term of said court. As it was not, this court cannot do otherwise than dismiss the appeal. Article 2084, Vernon's Statutes; Farmer v. McKinley (Tex. Civ. App.) 208 S. W. 408; Mfg. Co. v. Shahady (Tex. Civ. App.) 258 S. W. 207.

---

⚖⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes